UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:23-cr-151-KDB |
| ) | |
| v. ) | **BILL OF INFORMATION** |
| ) | |
| ALAN NORDMAN ) | 18 U.S.C. § 641 |
| ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### 18 U.S.C. § 641
### (Conveyance of a Government Record)

1. On or about April 9, 2022, in Lincoln County, within the Western District of North Carolina, and elsewhere, the defendant,

### ALAN NORDMAN

did knowingly and intentionally convey without authority an official government record belonging to the United States of America of a value below $1,000.

All in violation of Title 18, United States Code, Section 641.

1

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. §§ 982 and 28 U.S.C. § 2461(c). Under § 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by § 981(a)(1)(C). The following property so subject to forfeiture in accordance with sections 982 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in Count One of this Bill of Information;

b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) and (b) cannot be located upon the exercise of due diligence, has been transferred or sold do, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a).

The following property is subject to forfeiture on one or more of the grounds set forth above: approximately $11,076.17 in proceeds of the violations set forth in Count One.

DENA J. KING
UNITED STATES ATTORNEY

_____
GRAHAM BILLINGS
ASSISTANT UNITED STATES ATTORNEY