Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES   ⦿ NO     **DOCKET NUMBER:** 5:23-CR-51-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | ALAN NORDMAN |
| **COUNTY OF OFFENSE** | : | LINCOLN |
| **RELATED CASE INFORMATION** | : | |
| Magistrate Judge Case Number | : | |
| Search Warrant Case Number | : | |
| Miscellaneous Case Number | : | |
| Rule 20b | : | |
| **SERVICE OF PROCESS** | : | SUMMONS |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight):   ◯ Petty   ⦿ Misdemeanor   ◯ Felony

18 U.S.C. § 641

**JUVENILE:**   ◯ Yes   ⦿ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | GRAHAM BILLINGS |
| **VICTIM/WITNESS COORDINATORS:** | | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | | |

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )