# MINIMUM / MAXIMUM PENALTY FORM

### UNITED STATES ATTORNEY'S OFFICE
### WESTERN DISTRICT OF NORTH CAROLINA

United States v. Alan Nordman

Case Number: 5:23-cr-51-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|----------|---------|-------------------|---------------------|
| 1 | 18 U.S.C. 641 | | 0-1 year, $100,000 fine, 1 year supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?   ☐ YES   ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?   ☐ YES   ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?   ☐ YES   ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES   ☐ BRANDISH

☐ DISCHARGE